IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

TIMOTHY B. COOKSTON,

      Petitioner,

v.                                  Case No.  5D17-739

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed June 30, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Timothy B. Cookston, Malone, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Rebecca Roark Wall, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 12, 2015 order on Petitioner's pro se motion for DNA testing,  filed in Case No. 1992-CF-279 in the Circuit Court in and for Marion County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

ORFINGER, BERGER and EISNAUGLE, JJ., concur.